IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIRECTV, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-1927 |
| | § | |
| TODD DIXON, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

This court's November 4, 2001 order asked the parties to address whether the bankruptcy petition filed by SPORTS @ THE B.U.S.LTD should stay the judicial proceedings against all of the defendants or only the debtor. The plaintiff has responded and has shown why a stay only as to the debtor is appropriate, and not the individual defendant, Todd Dixon. Accordingly, no stay is in effect as to Todd Dixon. A scheduling and status conference to address the claims asserted against him is set for **March 1, 2012, at 9:30 am.** Counsel for the plaintiff must provide notice to the parties even if it appears that the court has already done so.

SIGNED on February 9, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge